Joseph Tartakovsky (SBN 282223)
Isaac Weitzhandler (SBN 342243) (*admission forthcoming*)
  EIMER STAHL LLP
71 Stevenson Street, Fourth Floor
San Francisco, CA 94105
415-508-8803
jtartakovsky@eimerstahl.com
iweitzhandler@eimerstahl.com

*Attorneys for Defendants James Duff,*
*Thomas Duff, Duff Capital Investors LLC,*
*Southern Tire Mart, LLC, Pine Belt Motors,*
*LLC, and Pine Belt CDJR, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DUFF, et al.,<br><br>Defendants. | Case No.  3:24-cv-01002-AMO<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE**<br><br>Hon. Araceli Martínez-Olguín |

Plaintiff Relator LLC ("Plaintiff") and Defendants James Duff, Thomas Duff, Duff Capital Investors LLC, Southern Tire Mart, LLC, Pine Belt Motors, LLC, and Pine Belt CDJR, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, pursuant to L.R. 6-2 and 7-12, hereby stipulate and agree as follows:

Plaintiff initiated this case and filed the Complaint against Defendants on February 20, 2024 (*see* ECF No. 1). Plaintiff's deadline to serve Defendants is October 23, 2025 (*see* ECF No. 37). Defendants have informed Plaintiff that they intend to move to dismiss the Complaint under Fed. R. Civ. P. 12(b)(6).

L.R. 7-3(a) and (c) require that "opposition [briefs] must be filed and served not more than 14 days after the motion was filed" and "[t]he reply to an opposition must be filed and served not more than 7 days after the opposition was due." But L.R. 6-2(a) provides that "[p]arties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline . . . that would accelerate or extend time frames set in the Local Rules or in the Federal Rules."

This extension of time will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, pursuant to L.R. 6-2(a) and 7-12, the parties hereby stipulate and agree that:

1. Defendants shall file their motion(s) to dismiss the Complaint under Fed. R. Civ. P. 12(b)(6) by November 11, 2025;

2. Plaintiff shall file its opposition brief(s) by December 2, 2025; and

3. Defendants shall file their reply brief(s) by December 17, 2025.

Dated:  October 13, 2025

Respectfully submitted,

By: */s/ Joseph Tartakovsky*

Joseph Tartakovsky (SBN 282223)
Isaac Weitzhandler (SBN 342243) [*admission forthcoming*]
**EIMER STAHL LLP**
71 Stevenson Street, Fourth Floor
San Francisco, CA 94105
415-508-8803
jtartakovsky@eimerstahl.com
iweitzhandler@eimerstahl.com

*Attorneys for Defendants James Duff, Thomas Duff, Duff Capital Investors LLC, Southern Tire Mart, LLC, Pine Belt Motors, LLC, and Pine Belt CDJR, Inc.*

*/s/ Kathryn Lee Boyd*
&
*/s/ Chuck Dender*
Chuck Dender [*pro hac vice application forthcoming*]
**DICELLO LEBITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
646-933-1000
cdender@dicellolevitt.com

Kathryn Lee Boyd (SBN 189496)
**HECHT PARTNERS, LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
646-502-9515
lboyd@hechtpartners.com

*Attorneys for Plaintiff Relator LLC*

### <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to the counsel of record listed above, and that I have obtained their authorization to affix their electronic signature to this document.

Dated:  October 13, 2025          */s/ Joseph Tartakovsky*
                                   Joseph Tartakovsky

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HON. ARACELI MARTINEZ-OLGUIN
United States District Court Judge