Joseph Tartakovsky (SBN 282223)
Isaac Weitzhandler (SBN 342243) (*admission forthcoming*)
  EIMER STAHL LLP
71 Stevenson Street, Fourth Floor
San Francisco, CA 94105
415-508-8803
jtartakovsky@eimerstahl.com
iweitzhandler@eimerstahl.com

*Attorneys for Defendants James Duff,*
*Thomas Duff, Duff Capital Investors LLC,*
*Southern Tire Mart, LLC, Pine Belt Motors,*
*LLC, and Pine Belt CDJR, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC, et al., | Case No. 3:24-cv-01002-AMO |
| Plaintiff, | **DECLARATION OF JOSEPH TARTAKOVSKY IN SUPPORT OF JOINT STIPULATION TO SET BRIEFING SCHEDULE** |
| vs. | |
| JAMES DUFF, et al., | Hon. Araceli Martínez-Olguín |
| Defendants. | |

I, JOSEPH TARTAKOVSKY, hereby declare as follows:

1. I am an attorney at Eimer Stahl LLP, and counsel for Defendants James Duff, Thomas Duff, Duff Capital Investors LLC, Southern Tire Mart, LLC, Pine Belt Motors LLC, and Pine Belt CDJR, Inc. I am fully familiar with the facts and circumstances set forth below.

2. I submit this declaration in support of the parties' Joint Stipulation to Set Briefing Schedule on Defendants' anticipated motion(s) to dismiss the Complaint.

3. Defendants were not properly served in this matter within the September 21, 2025 timeline set by the Court's order of June 23, 2025. ECF No. 15.

4. The Court, on Plaintiff's motion, extended the time for Plaintiff to serve the summonses until October 23, 2025. ECF No. 37.

5. Defendants are willing to accept service through counsel to avoid the burden and expense of further attempts at personal service. *See* Rule 4(d)(1).

6. This is the parties' first request to extend or set the briefing schedule on Defendants' anticipated motion to dismiss the Complaint.

7. This extension of time will not alter the date of any event or deadline already fixed by Court order.

Dated:  October 13, 2025

*/s/ Joseph Tartakovsky*
Joseph Tartakovsky