# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:24–cv–01002–AMO

United States of America v. Duff
Assigned to: Judge Araceli Martinez–Olguin
Cause: 31:3730 Qui Tam False Claims Act

Date Filed: 02/20/2024
Date Terminated: 03/16/2026
Jury Demand: Plaintiff
Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a))
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**  represented by  **Audrey Pak**
DOJ–USAO
Civil Division
450 Golden Gate Avenue
9th Fl
San Francisco, CA 94107
415–436–6838
Email: audrey.pak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ex rel. Relator LLC**  represented by  **Julian Brew**
Hecht Partners LLP
2121 Avenue of the Stars
Suite 800
Century City, CA 90067
310–804–8065
Email: jbrew@hechtpartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Lee Boyd**
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(213) 291–9169
Email: lboyd@hechtpartners.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Duff**  represented by  **Joseph Friedman Tartakovsky**
Eimer Stahl LLP
71 Stevenson Street
San Francisco, CA 94105
408–889–1698

Email: jtartakovsky@eimerstahl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Joseph Weitzhandler**
Eimer Stahl LLP
1999 S. Bascom Ave.
Ste 1025
Campbell, CA 95008
408−889−1669
Email: iweitzhandler@eimerstahl.com
*TERMINATED: 02/25/2026*

**Defendant**

**Thomas Duff**                     represented by **Joseph Friedman Tartakovsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Joseph Weitzhandler**
(See above for address)
*TERMINATED: 02/25/2026*

**Defendant**

**Duff Capital Investors LLC**              represented by **Joseph Friedman Tartakovsky**
*a Missisippi Limited Liability Company*        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Joseph Weitzhandler**
(See above for address)
*TERMINATED: 02/25/2026*

**Defendant**

**Southern Tire Mart, Inc.**               represented by **Joseph Friedman Tartakovsky**
*a Mississippi Corporation*             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Joseph Weitzhandler**
(See above for address)
*TERMINATED: 02/25/2026*

**Defendant**

**Pine Belt Motors, LLC**                 represented by **Joseph Friedman Tartakovsky**
*a Missisippi Limited Liability Company*        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Joseph Weitzhandler**
(See above for address)
*TERMINATED: 02/25/2026*

| **Pine Belt CDJR, Inc.** | represented by | **Joseph Friedman Tartakovsky** |
| *a Mississippi Corporation* | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Isaac Joseph Weitzhandler** |
| | | (See above for address) |
| | | *TERMINATED: 02/25/2026* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/20/2024 | Ï 1 | COMPLAINT with Jury Demand against James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. Filed by ex rel. Relator LLC, United States of America. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(anj, COURT STAFF) (Filed on 2/20/2024) (Entered: 02/21/2024) |
| 02/20/2024 | Ï 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 5/23/2024. Initial Case Management Conference set for 5/30/2024 10:00 AM in San Francisco, Courtroom 10, 19th Floor. (anj, COURT STAFF) (Filed on 2/20/2024)** <hr> **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 02/21/2024)** |
| 06/13/2025 | Ï 14 | Notice of Election to Decline Intervention with Proposed Order re 13 Order on Motion for Extension of Time to File filed by United States of America. (anj, COURT STAFF) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/23/2025 | Ï 15 | **Order by Judge Araceli Martinez−Olguin granting 14 Stipulation to Unseal. (ads, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/23/2025)** |
| 08/01/2025 | Ï 16 | NOTICE of Appearance filed by Kathryn Lee Boyd on behalf of Relator LLC (Boyd, Kathryn) (Filed on 8/1/2025) (Entered: 08/01/2025) |
| 09/19/2025 | Ï 17 | Proposed Summons. (Boyd, Kathryn) (Filed on 9/19/2025) (Entered: 09/19/2025) |
| 09/22/2025 | Ï 18 | Proposed Summons. (Boyd, Kathryn) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | Ï 19 | Summons Issued as to James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC. (anj, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/23/2025 | Ï 20 | MOTION for Extension of Time to Serve Defendants filed by Relator LLC. (Attachments: # 1 Supplement Memorandum of Law, # 2 Declaration, # 3 Proposed Order)(Boyd, Kathryn) (Filed on 9/23/2025) Modified on 9/23/2025 (anj, COURT STAFF). (Entered: 09/23/2025) |
| 09/29/2025 | Ï 21 | Summons Issued as to Southern Tire Mart, Inc.. (anj, COURT STAFF) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 10/02/2025 | Ï 22 | Summons Returned Unexecuted by Relator LLC as to James Duff. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | Ï 23 | Proposed Summons. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |

| | | | |
|---|---|---|---|
| 10/02/2025 | 24 | NOTICE of Appearance filed by Joseph Friedman Tartakovsky on behalf of James Duff, Thomas Duff, Duff Capital Investors LLC, Southern Tire Mart, Inc., Pine Belt Motors, LLC, Pine Belt CDJR, Inc. (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 25 | OPPOSITION/RESPONSE (re 20 MOTION for Extension of Time to Serve Defendants ) filed byJames Duff, Thomas Duff, Duff Capital Investors LLC, Southern Tire Mart, Inc., Pine Belt Motors, LLC, Pine Belt CDJR, Inc.. (Attachments: # 1 Declaration of Joseph Tartakovsky)(Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 26 | Certificate of Interested Entities by James Duff (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 27 | Certificate of Interested Entities by Thomas Duff (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 28 | Certificate of Interested Entities by Duff Capital Investors LLC *and Corporate Disclosure Statement* (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 29 | Certificate of Interested Entities by Southern Tire Mart, Inc. *and Corporate Disclosure Statement* (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 30 | Certificate of Interested Entities by Pine Belt CDJR, Inc. *and Corporate Disclosure Statement* (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 31 | Certificate of Interested Entities by Pine Belt Motors, LLC *and Corporate Disclosure Statement* (Tartakovsky, Joseph) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 32 | SUMMONS Returned Executed by Relator LLC. Duff Capital Investors LLC served on 9/24/2025, answer due 10/15/2025. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 33 | SUMMONS Returned Executed by Relator LLC. Pine Belt Motors, LLC served on 9/24/2025, answer due 10/15/2025. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 34 | SUMMONS Returned Executed by Relator LLC. Pine Belt CDJR, Inc. served on 9/24/2025, answer due 10/15/2025. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 35 | Summons Returned Unexecuted by Relator LLC as to Thomas Duff. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/02/2025 | 36 | Proposed Summons. (Boyd, Kathryn) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/03/2025 | 37 | **Order by Judge Araceli Martinez–Olguin granting 20 Motion for Extension of Time to Serve Defendants. (ads, COURT STAFF) (Filed on 10/3/2025) (Entered: 10/03/2025)** |
| 10/03/2025 | | Electronic filing error. Electronic filing error. Only ONE summons will be issued. Please list all defendants on ONE summons and re–file in its entirety. Re: 36 Proposed Summons filed by Relator LLC, 23 Proposed Summons filed by Relator LLC (kxo, COURT STAFF) (Filed on 10/3/2025) (Entered: 10/03/2025) |
| 10/13/2025 | 38 | STIPULATION WITH PROPOSED ORDER re 32 Summons Returned Executed, 34 Summons Returned Executed, 33 Summons Returned Executed *(Joint Stipulation to Set Briefing Schedule)* filed by James Duff, Thomas Duff, Duff Capital Investors LLC, Southern Tire Mart, Inc., Pine Belt Motors, LLC, Pine Belt CDJR, Inc.. (Attachments: # 1 Declaration of Joseph Tartakovsky)(Tartakovsky, Joseph) (Filed on 10/13/2025) (Entered: 10/13/2025) |
| 10/14/2025 | 39 | Summons Returned Unexecuted by Relator LLC as to Southern Tire Mart, Inc.. (Boyd, Kathryn) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 40 | Proposed Summons. (Boyd, Kathryn) (Filed on 10/14/2025) (Entered: 10/14/2025) |

| 10/14/2025 | 41 | **Order by Judge Araceli Martinez–Olguin granting 38 Stipulation to Set Briefing Schedule. (ads, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/14/2025)** |
|---|---|---|
| 10/14/2025 | 42 | Summons Reissued as to Southern Tire Mart, Inc.. (jml, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/17/2025 | 43 | SUMMONS Returned Executed by Relator LLC. Southern Tire Mart, Inc. served on 10/16/2025, answer due 11/6/2025. (Boyd, Kathryn) (Filed on 10/17/2025) (Entered: 10/17/2025) |
| 10/21/2025 | 44 | WAIVER OF SERVICE Returned Executed filed by Relator LLC. Service waived by James Duff waiver sent on 10/15/2025, answer due 12/15/2025. (Boyd, Kathryn) (Filed on 10/21/2025) (Entered: 10/21/2025) |
| 10/21/2025 | 45 | WAIVER OF SERVICE Returned Executed filed by Relator LLC. Service waived by Thomas Duff waiver sent on 10/15/2025, answer due 12/15/2025. (Boyd, Kathryn) (Filed on 10/21/2025) (Entered: 10/21/2025) |
| 10/31/2025 | 46 | Joint Status Report and Request for the Court's Guidance on the Court–Ordered Briefing Schedule on Defendants' Motion(s) to Dismiss Pending Government Shutdown and Limited Operations by James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. (Tartakovsky, Joseph) (Filed on 10/31/2025) Modified on 11/3/2025 (anj, COURT STAFF). (Entered: 10/31/2025) |
| 11/03/2025 | 47 | **ORDER re 46 : the Court ORDERS that Defendants shall file their motion(s) to dismiss the complaint under Fed R. Civ. P. 12(b)(6) within 14 days of Congress restoring appropriations to the judiciary. Plaintiff shall file its opposition brief(s) within 14 days after the motion(s) to dismiss are filed. Defendants shall file their reply brief(s) within 7 days after the opposition brief(s) are filed. Signed by Judge Araceli Martinez–Olguin on November 3, 2025. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (amolc2, COURTSTAFF) (Filed on 11/3/2025) (Entered: 11/03/2025)** |
| 11/26/2025 | 48 | NOTICE of Appearance filed by Isaac Joseph Weitzhandler on behalf of James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc. (Weitzhandler, Isaac) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 11/26/2025 | 49 | MOTION to Dismiss *the Complaint (Defendants' Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support) with Appendix A* filed by James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. Motion to Dismiss Hearing set for 3/26/2026 02:00 PM in San Francisco, Courtroom 10, 19th Floor. Responses due by 12/10/2025. Replies due by 12/17/2025. (Attachments: # 1 Proposed Order)(Tartakovsky, Joseph) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 11/26/2025 | 50 | MOTION to Transfer Case *(Defendants' Notice of Motion and Motion to Transfer Venue; Memorandum of Points and Authorities in Support)* filed by James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. Motion Hearing set for 3/26/2026 02:00 PM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez–Olguin. Responses due by 12/10/2025. Replies due by 12/17/2025. (Attachments: # 1 Declaration of R. Yarborough Jr., # 2 Proposed Order)(Tartakovsky, Joseph) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 11/26/2025 | 51 | Request for Judicial Notice re 50 MOTION to Transfer Case *(Defendants' Notice of Motion and Motion to Transfer Venue; Memorandum of Points and Authorities in Support)*, 49 MOTION to Dismiss *the Complaint (Defendants' Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support) with Appendix A* filed byJames Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. (Related document(s) 50 , 49 ) (Tartakovsky, Joseph) (Filed on 11/26/2025) (Entered: |

| | | |
|---|---|---|
| | | 11/26/2025) |
| 11/26/2025 | 52 | Declaration of Joseph Tartakovsky in Support of 50 MOTION to Transfer Case *(Defendants' Notice of Motion and Motion to Transfer Venue; Memorandum of Points and Authorities in Support)*, 49 MOTION to Dismiss *the Complaint (Defendants' Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support) with Appendix A*, 51 Request for Judicial Notice,, filed byJames Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit A, # 24 Exhibit B)(Related document(s) 50 , 49 , 51 ) (Tartakovsky, Joseph) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 12/10/2025 | 53 | OPPOSITION/RESPONSE (re 49 MOTION to Dismiss *the Complaint (Defendants' Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support) with Appendix A* ) filed byRelator LLC. (Boyd, Kathryn) (Filed on 12/10/2025) (Entered: 12/10/2025) |
| 12/10/2025 | 54 | OPPOSITION/RESPONSE (re 50 MOTION to Transfer Case *(Defendants' Notice of Motion and Motion to Transfer Venue; Memorandum of Points and Authorities in Support)* ) filed byRelator LLC. (Boyd, Kathryn) (Filed on 12/10/2025) (Entered: 12/10/2025) |
| 12/17/2025 | 55 | REPLY (re 49 MOTION to Dismiss *the Complaint (Defendants' Notice of Motion and Motion to Dismiss the Complaint; Memorandum of Points and Authorities in Support) with Appendix A* ) filed byJames Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Tartakovsky, Joseph) (Filed on 12/17/2025) (Entered: 12/17/2025) |
| 12/17/2025 | 56 | REPLY in Support (re 50 MOTION to Transfer Case *(Defendants' Notice of Motion and Motion to Transfer Venue; Memorandum of Points and Authorities in Support)* ) filed byJames Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc.. (Tartakovsky, Joseph) (Filed on 12/17/2025) Modified on 12/18/2025 (anj, COURT STAFF). (Entered: 12/17/2025) |
| 02/25/2026 | 57 | NOTICE of Change in Counsel: Attorney Isaac Joseph Weitzhandler no longer representing James Duff, Thomas Duff, Duff Capital Investors LLC, Pine Belt CDJR, Inc., Pine Belt Motors, LLC, Southern Tire Mart, Inc. in this case (Tartakovsky, Joseph) (Filed on 2/25/2026) (Entered: 02/25/2026) |
| 03/16/2026 | 58 | **Order by Judge Araceli Martinez–Olguin granting 50 Motion to Transfer. (ads, COURT STAFF) (Filed on 3/16/2026) (Entered: 03/16/2026)** |