ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

March 16, 2026

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Julian Brew, Esq.
Hecht Partners LLP
2121 Avenue of the Stars
Suite 800
Century City, CA 90067

> RE:  Attorney Admissions
> United States of America v. Duff
> Civil Action No. 2:26-cv-00037-KHJ-MTP
> (Case Transferred from Northern District of California, Civil Action No. 3:24-cv-01002)

Dear Attorney Brew,

Our records indicate that you are attorney of record for the above-mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi in this particular case. You are allowed thirty (30) days from the date of this letter to begin the *pro hac vice* admission process. If you elect not to seek *pro hac vice* admission, you will need to file a conventional motion to withdraw and notify your client of same.

Please see the Court's web site at *www.mssd.uscourts.gov* to access the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2024, for the United States District Courts for the Northern and Southern Districts of Mississippi.

Local Rule 83.1(a) provides the regulations for a general admission to practice in this court, if you are a member of the Mississippi Bar.

Local Rule 83.1(d) provides the regulations for a non-resident attorney to obtain a *pro hac vice* admission to practice in this court. To apply for admission by *pro hac vice* in a particular case, you would need to file an application (Form 6–found at the end of the Local Rules), along with the appropriate documentation regarding your qualifications to practice in this court for this particular case. **It is a requirement for *pro hac vice* admission that you associate an attorney in the above-mentioned case, who is a member of the bar of this court.** The original application form (which serves as the motion) and proper documentation would be filed electronically by the resident attorney with the clerk's office, along with the admission fee of $100.00, which should be paid simultaneously when the motion is filed. If paying by check rather than paying online, please indicate on your check 'PHV Fee' <u>and</u> the case number for

which you are applying for admission. You will need to forward a proposed order to the magistrate judge handling the case. *Any documents which you would need to file in this particular case may be filed by your local counsel while awaiting your admission process to be completed.*

The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information, such as telephone numbers for district judges and magistrates, may also be accessed from the court's internet website at (*www.mssd.uscourts.gov*).

If we can provide additional information in this regard, please let us know.

Yours very truly,

Whitney Dilmore
Attorney Admissions


cc: C. Duckworth, Deputy Clerk

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

March 16, 2026

*Divisions*

SOUTHERN at Gulfport
2012 15ᵗʰ St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Kathryn Lee Boyd, Esq.
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017

> RE:  Attorney Admissions
> United States of America v. Duff
> Civil Action No. 2:26-cv-00037-KHJ-MTP
> (Case Transferred from Northern District of California, Civil Action No. 3:24-cv-01002)

Dear Attorney Boyd,

Our records indicate that you are attorney of record for the above-mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi in this particular case. You are allowed thirty (30) days from the date of this letter to begin the *pro hac vice* admission process. If you elect not to seek *pro hac vice* admission, you will need to file a conventional motion to withdraw and notify your client of same.

Please see the Court's web site at *www.mssd.uscourts.gov* to access the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2024, for the United States District Courts for the Northern and Southern Districts of Mississippi.

Local Rule 83.1(a) provides the regulations for a general admission to practice in this court, if you are a member of the Mississippi Bar.

Local Rule 83.1(d) provides the regulations for a non-resident attorney to obtain a *pro hac vice* admission to practice in this court. To apply for admission by *pro hac vice* in a particular case, you would need to file an application (Form 6–found at the end of the Local Rules), along with the appropriate documentation regarding your qualifications to practice in this court for this particular case. **It is a requirement for *pro hac vice* admission that you associate an attorney in the above-mentioned case, who is a member of the bar of this court.** The original application form (which serves as the motion) and proper documentation would be filed electronically by the resident attorney with the clerk's office, along with the admission fee of $100.00, which should be paid simultaneously when the motion is filed. If paying by check rather than paying online, please indicate on your check 'PHV Fee' and the case number for which you are applying for admission. You will need to forward a proposed order to the

magistrate judge handling the case. *Any documents which you would need to file in this particular case may be filed by your local counsel while awaiting your admission process to be completed.*

The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information, such as telephone numbers for district judges and magistrates, may also be accessed from the court's internet website at (www.mssd.uscourts.gov).

If we can provide additional information in this regard, please let us know.

Yours very truly,

Whitney Dilmore
Attorney Admissions

cc: C. Duckworth, Deputy Clerk

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

March 16, 2026

*Divisions*

SOUTHERN at Gulfport
2012 15ᵗʰ St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Joseph Friedman Tartakovsky, Esq.
Eimer Stahl LLP
71 Stevenson Street
San Francisco, CA 94105

> RE:   Attorney Admissions
> United States of America v. Duff
> Civil Action No. 2:26-cv-00037-KHJ-MTP
> (Case Transferred from Northern District of California, Civil Action No. 3:24-cv-01002)

Dear Attorney Tartakovsky,

Our records indicate that you are attorney of record for the above-mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi in this particular case. You are allowed thirty (30) days from the date of this letter to begin the *pro hac vice* admission process. If you elect not to seek *pro hac vice* admission, you will need to file a conventional motion to withdraw and notify your client of same.

Please see the Court's web site at *www.mssd.uscourts.gov* to access the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2024, for the United States District Courts for the Northern and Southern Districts of Mississippi.

Local Rule 83.1(a) provides the regulations for a general admission to practice in this court, if you are a member of the Mississippi Bar.

Local Rule 83.1(d) provides the regulations for a non-resident attorney to obtain a *pro hac vice* admission to practice in this court. To apply for admission by *pro hac vice* in a particular case, you would need to file an application (Form 6–found at the end of the Local Rules), along with the appropriate documentation regarding your qualifications to practice in this court for this particular case. **It is a requirement for *pro hac vice* admission that you associate an attorney in the above-mentioned case, who is a member of the bar of this court.** The original application form (which serves as the motion) and proper documentation would be filed electronically by the resident attorney with the clerk's office, along with the admission fee of $100.00, which should be paid simultaneously when the motion is filed. If paying by check rather than paying online, please indicate on your check 'PHV Fee' <u>and</u> the case number for which you are applying for admission. You will need to forward a proposed order to the

magistrate judge handling the case. *Any documents which you would need to file in this particular case may be filed by your local counsel while awaiting your admission process to be completed.*

The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information, such as telephone numbers for district judges and magistrates, may also be accessed from the court's internet website at (www.mssd.uscourts.gov).

If we can provide additional information in this regard, please let us know.

Yours very truly,

Whitney Dilmore
Attorney Admissions

cc: C. Duckworth, Deputy Clerk