ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

March 16, 2026

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Audrey Pak, Esq.
DOJ-USAO
Civil Division
450 Golden Gate Avenue
9th Fl
San Francisco, CA 94107

      RE:    Attorney Admissions
             United States of America v. Duff
             Civil Action No. 2:26-cv-00037-KHJ-MTP
             (Case Transferred from Northern District of California, Civil Action No. 3:24-cv-01002)

Dear Attorney Pak,

Our records indicate that you are attorney of record for the above-mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi.

You are allowed thirty (30) days from the date of this letter to begin the Federal Government Attorney admission process. If you elect not to seek Federal Government Attorney admission, you will need to file a conventional motion to withdraw and notify your client of the same.

Please see the Court's web site at *www.mssd.uscourts.gov* to access the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2024, for the United States District Courts for the Northern and Southern Districts of Mississippi.

Local Rule 83.1(d) (10) of the Local Uniform Civil Rules of the United States District Courts for the Northern and Southern Districts of Mississippi provides the regulations for an Attorney Representing the United States. If you have any questions as to proper introduction to the court, you may contact Cindy Pittman of the U.S. Attorney's Office for the Southern District of Mississippi at (601) 965-4480.

If we can provide additional information in this regard, please let us know.

Yours very truly,

Whitney Dilmore
Attorney Admissions

cc: C. Duckworth, Deputy Clerk